Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **H** | **Womack** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Susan** | **G** | **Womack** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Louisiana**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Capital One NA
Creditor's Name
10700 Capital One Way
Number  Street
Richmond, VA 23060
City  State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred**
2005

**Describe the property that secures the claim:**
511 Evergreen Dr. Mandeville, LA 70448

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| $50,000.00 | $555,000.00 | $0.00 |

**Remarks:** BUSINESS DEBT

Add the dollar value of your entries in Column A on this page. Write that number here:    $50,000.00

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.2** GE Capital Franchise Finance Corp.
Creditor's Name
1209 ORANGE ST.
Number       Street
Wilmington, DE 19801
City            State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**
2014

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

$0.00 | $0.00 | $0.00

**2.3** Rushmore Loan Mgt
Creditor's Name
P.O. Box 55004
Number       Street
Irvine, CA 92619
City            State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**

**Describe the property that secures the claim:**
511 Evergreen Dr. Mandeville, LA 70448

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

$98,000.00 | $555,000.00 | $0.00

**Remarks:** BUSINESS DEBT

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $98,000.00

| | | |
|---|---|---|
| Debtor 1 | **Christopher** H **Womack** | |
| Debtor 2 | **Susan** G **Womack** | Case number *(if known)* _____ |
| | First Name   Middle Name   Last Name | |

| | Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|---|

**2.4** Shellpoint
Creditor's Name
55 BEATTIE PL SUITE 500
Number   Street
Greenville, SC 29601
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**
4/2013

**Describe the property that secures the claim:**
511 Evergreen Dr. Mandeville, LA 70448

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 9 9 3 1

$357,400.00    $555,000.00    $0.00

**2.5** US Small Business Administration
Creditor's Name
Louisiana District Office
365 Canal St Suite 2820
Number   Street
New Orleans, LA 70130
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**

**Describe the property that secures the claim:**
511 Evergreen Dr. Mandeville, LA 70448

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

**Remarks:** BUSINESS DEBT

$99,000.00    $555,000.00    $0.00

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $456,400.00 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $604,400.00 |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3