Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **H** | **Womack** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Susan** | **G** | **Womack** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Louisiana**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Department of Finance Bureau of Revenue Sales Tax**<br>Priority Creditor's Name<br>**1300 Perdido St. Rm 1W15**<br>Number  Street<br>**New Orleans, LA 70112**<br>City  State  ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Remarks:** BUSINESS DEBT | Last 4 digits of account number _____<br>When was the debt incurred? **2014**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify | $5,500.00 | $5,500.00 | $0.00 |

| | | |
|---|---|---|
| Debtor 1 | **Christopher** **H** **Womack** | |
| Debtor 2 | **Susan** **G** **Womack** | Case number *(if known)* _____ |
| | First Name    Middle Name    Last Name | |

**Part 1:** **Your PRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** | **Internal Revenue Service** | $7,085.00 | $7,085.00 | $0.00 |

Priority Creditor's Name
**PO Box 7346**
Number    Street
**Philadelphia, PA 19101-7346**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Remarks:** BUSINESS DEBT

---

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.3** | **Louisiana Department of Revenue** | $48,562.49 | $48,562.49 | $0.00 |

Priority Creditor's Name
**PO Box 201**
Number    Street
**Baton Rouge, LA 70821**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?**    Various

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Remarks:** BUSINESS DEBT

---

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.4** | **Louisiana Department of Revenue** | $5,500.00 | $5,500.00 | $0.00 |

Priority Creditor's Name
**PO Box 201**
Number    Street
**Baton Rouge, LA 70821**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Remarks:** BUSINESS DEBT

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 1: Your PRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.5** **Louisiana Department of Revenue**  $8,600.00  $8,600.00  $0.00
Priority Creditor's Name
**PO Box 201**
Number   Street
**Baton Rouge, LA 70821**
City            State     ZIP Code

Last 4 digits of account number _____
When was the debt incurred? **2018**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Remarks:** BUSINESS DEBT

---

**2.6** **Sales Tax Section Dept. of Finance and Revenue**  $8,600.00  $8,600.00  $0.00
Priority Creditor's Name
**PO Box 2590**
Number   Street
**Baton Rouge, LA 70821**
City            State     ZIP Code

Last 4 digits of account number _____
When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Remarks:** BUSINESS DEBT

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 2: List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **American Express** | Last 4 digits of account number **0423** | $19,648.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 650448**
Number        Street
**Dallas, TX 75265**
City                State        ZIP Code

When was the debt incurred? **Various**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Remarks:** BUSINESS DEBT

| 4.2 | **American Express/ Gurstel Law Firm** | Last 4 digits of account number _____ | $21,767.50 |
|---|---|---|---|

Nonpriority Creditor's Name
**1275 E Fort Union Blvd Ste 116**
Number        Street
**Midvale, UT 84047**
City                State        ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Remarks:** BUSINESS DEBT

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.3**

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982238**
Number          Street
**El Paso, TX 79998**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** BUSINESS DEBT

Last 4 digits of account number _____
**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

$14,929.00

---

**4.4**

**Cox Communications**
Nonpriority Creditor's Name
**PO Box 9001079**
Number          Street
**Louisville, KY 40290**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** BUSINESS DEBT

Last 4 digits of account number _____
**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

$3,419.73

---

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   **Total claim**

---

**4.5**

**Discover Bank**
Nonpriority Creditor's Name
**PO Box 15316**
Number    Street
**Wilmington, DE 19850**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** BUSINESS DEBT

**Last 4 digits of account number** _____
**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

$18,799.00

---

**4.6**

**Discover Bank**
Nonpriority Creditor's Name
**PO Box 15316**
Number    Street
**Wilmington, DE 19850**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** BUSINESS DEBT

**Last 4 digits of account number** _____
**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan**

$27,573.00

---

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.7**

**Esplanade LLC**
Nonpriority Creditor's Name
**8064 Summa Ave A**
Number        Street
**Baton Rouge, LA 70809**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** BUSINESS DEBT

Last 4 digits of account number _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Rent**

**$27,000.00**

---

**4.8**

**Regions Bank Consumer Collections**
Nonpriority Creditor's Name
**Drawer 550**
**PO Box 11407**
Number        Street
**Birmingham, AL 35246**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** BUSINESS DEBT

Last 4 digits of account number _____
**When was the debt incurred?** **09/01/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Judgment**

**unknown**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **H** | **Womack** |
| Debtor 2 | **Susan** | **G** | **Womack** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   Total claim

---

**4.9**

**Regions Visa Business**
Nonpriority Creditor's Name
**PO Box 216**
Number        Street
**Birmingham, AL 35202**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** BUSINESS DEBT

**Last 4 digits of account number** _____
**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

$13,000.00

---

**4.10**

**The Melting Pot Restaurants Inc.**
Nonpriority Creditor's Name
**7886 Woodland Center Blvd**
Number        Street
**Tampa, FL 33614**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** BUSINESS DEBT

**Last 4 digits of account number** _____
**When was the debt incurred?**   Various

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business debt**

$86,000.00

---

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

| 4.11 | **The Reserve Owners Association, Inc.** | Last 4 digits of account number _____ | $577.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**826 Union Street, Suite 200**
Number    Street

**New Orleans, LA 70112**
City    State    ZIP Code

When was the debt incurred? **Various**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **HOA Dues**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Jones Walker** | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Name | |
| **201 St. Charles Ave.** | Line **4.8** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number  Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New Orleans, LA 70170** | |
| City  State  ZIP Code | **Last 4 digits of account number** _____ |

| **Morgan and Associates** | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Name | |
| **2601 NW Expressway Ste 205 East** | Line **4.4** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number  Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Oklahoma City, OK 73112** | |
| City  State  ZIP Code | **Last 4 digits of account number** _____ |

| | **One which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Name | |
| | Line ___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number  Street | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| City  State  ZIP Code | **Last 4 digits of account number** _____ |

| | **One which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Name | |
| | Line ___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number  Street | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| City  State  ZIP Code | **Last 4 digits of account number** _____ |

| | **One which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Name | |
| | Line ___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number  Street | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| City  State  ZIP Code | **Last 4 digits of account number** _____ |

| | **One which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Name | |
| | Line ___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number  Street | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| City  State  ZIP Code | **Last 4 digits of account number** _____ |

| | **One which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Name | |
| | Line ___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number  Street | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| City  State  ZIP Code | **Last 4 digits of account number** _____ |

Official Form 106E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**  page 10 of 11

| Debtor 1 | **Christopher** | **H** | **Womack** | |
|---|---|---|---|---|
| Debtor 2 | **Susan** | **G** | **Womack** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. **Domestic support obligations** | 6a. | | $0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | | $83,847.49 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | | $83,847.49 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. **Student loans** | 6f. | | $0.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $232,713.23 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | | $232,713.23 |