Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **H** | **Womack** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Susan** | **G** | **Womack** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Louisiana**

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? Louisiana. Fill in the name and current address of that person.

   Womack, Susan G
   Name of your spouse, former spouse, or legal equivalent
   511 Evergreen Dr.
   Number    Street
   Mandeville, LA 70448
   City                State    ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   Column 1: **Your codebtor**                     Column 2: **The creditor to whom you owe the debt**
                                                   Check all schedules that apply:

   | 3.1 | CHW Restaurants LLC dba The Melting Pot | ☐ Schedule D, line ____ |
   |---|---|---|
   |  | Name | ☑ Schedule E/F, line 4.8 |
   |  | 5294 Corporate Blvd | ☐ Schedule G, line ____ |
   |  | Number    Street | |
   |  | Baton Rouge, LA 70808 | |
   |  | City          State    ZIP Code | |

Official Form 106H                Schedule H: Your Codebtors                page 1 of 1