**View Paycheck**
**CHRISTOPHER WOMACK**
Special Counsel, Inc.
For a prior pay period, click  Paycheck Selection

10151 Deerwood Park Boulevard
Jacksonville   FL
32256
800/793-7657

| | | |
|---|---|---|
| CHRISTOPHER WOMACK<br>511 EVERGREEN DRIVE<br>MANDEVILLE       LA    70448<br>SSN:       xxx-xx-0450 | EmplID:                650149<br>Department:       IL09750175<br>Location:              SCI Natl S<br>Pay Begin Date:   03/11/2019<br>Pay End Date:      03/17/2019<br>Earnings Begin Date:   03/11/2019<br>Earnings End Date:      03/17/2019<br>Check Date:         03/22/2019 | TAX DATA:       Federal          LA State<br>Marital Status:    Married<br>Allowances:         6                    6<br>Addl. Percent:<br>Addl. Amount: |

**EARNINGS**

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Reg | 50.00 | 22.00 | 1,100.00 | 8,817.60 |
| Holiday pa | | | | 352.00 |
| **Total:** | **50.00** | | **1,100.00** | **9,169.60** |

**TAXES**

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Tax Wages |
|---|---|---|---|---|
| Fed Withholding | 39.15 | 208.26 | 1,100.00 | 9,169.60 |
| Fed MED/EE | 15.95 | 132.96 | 1,100.00 | 9,169.60 |
| Fed OASDI/EE | 68.20 | 568.52 | 1,100.00 | 9,169.60 |
| LA Withholding | 28.98 | 185.09 | 1,100.00 | 9,169.60 |
| **Total:** | **152.28** | **1,094.83** | | |

**BEFORE-TAX DEDUCTIONS**

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

**AFTER-TAX DEDUCTIONS**

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

**NET PAY DISTRIBUTION**

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 5565063 | Checking | xxxxxx7531 | 947.72 |

**SICK LEAVE BALANCES**

| Plan | Accrued | Taken | Available | Last Updt |
|---|---|---|---|---|
| 1 | | | | |

Return to Payroll and Compensation

| Special Counsel, Inc.<br>10151 Deerwood Park Boulevard, Building 200, Suite 400<br>Jacksonville, FL 32256<br>Payroll Inquiries - 800/793-7657 | Pay Group: SC2-Special Counsel<br>Pay Begin Date: 03/04/2019<br>Pay End Date: 03/10/2019<br>Earning Begin Date: 03/04/2019<br>Earning End Date: 03/10/2019 | Business Unit: MPS02<br>Advice #: 000000005545055<br>Advice Date: 03/15/2019 | |
|---|---|---|---|
| **CHRISTOPHER WOMACK**<br>511 EVERGREEN DRIVE<br>MANDEVILLE, LA 70448<br>SSN: *****0450 | Employee ID: 650149<br>Department: IL09750175-SCI Natl Solutions Sales<br>Location: SCI Natl Solutions Sales | **TAX DATA:** Federal LA State<br>Marital Status: Married Self+spous<br>Allowances: 6 6<br>Addl. Pct:<br>Addl. Amt: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hourly | 22.000000 | 41.00 | 902.00 | 350.80 | 7,717.60 |
| Holiday pay | | | 0.00 | 16.00 | 352.00 |
| **TOTAL:** | | 41.00 | 902.00 | 366.80 | 8,069.60 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 19.05 | 169.11 |
| Fed MED/EE | 13.08 | 117.01 |
| Fed OASDI/EE | 55.93 | 500.32 |
| LA Withholdng | 21.16 | 156.11 |
| **TOTAL:** | 109.22 | 942.55 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 902.00 | 902.00 | 109.22 | 0.00 | 792.78 |
| YTD | 8,069.60 | 8,069.60 | 942.55 | 0.00 | 7,127.05 |

### CLIENT WORKSITE ADRESSES

| Client Name | Address | City | Phone |
|---|---|---|---|

### SICK LEAVE BALANCE

| Plan | Accrued | Taken | Available | Balance | Last Updt |
|---|---|---|---|---|---|

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005545055 | Checking | 2044787531 | $792.78 |
| **TOTAL:** | | | $792.78 |

**MESSAGE:**

| Special Counsel, Inc.<br>10151 Deerwood Park Boulevard, Building 200, Suite 400<br>Jacksonville, FL 32256<br>Payroll Inquiries - 800/793-7657 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>Earning Begin Date:<br>Earning End Date: | SC2-Special Counsel<br>01/28/2019<br>02/03/2019<br>01/28/2019<br>02/03/2019 | Business Unit:<br>Advice #:<br>Advice Date: | MPS02<br>000000005460178<br>02/08/2019 | |
|---|---|---|---|---|---|
| | | | TAX DATA: | Federal | LA State |
| CHRISTOPHER WOMACK<br>511 EVERGREEN DRIVE<br>MANDEVILLE, LA 70448<br>SSN: *****0450 | Employee ID:<br>Department:<br>Location: | 650149<br>IL09750175-SCI Natl Solutions Sales<br>SCI Natl Solutions Sales | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Married<br>6 | Self+spous<br>6 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hourly | 22.000000 | 28.60 | 629.20 | 151.10 | 3,324.20 | Fed Withholdng | 0.00 | 81.12 |
| Holiday pay | | | 0.00 | 16.00 | 352.00 | Fed MED/EE | 9.12 | 53.30 |
| | | | | | | Fed OASDI/EE | 39.01 | 227.92 |
| | | | | | | LA Withholdng | 10.38 | 68.41 |
| TOTAL: | | 28.60 | 629.20 | 167.10 | 3,676.20 | TOTAL: | 58.51 | 430.75 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | |
|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 0.00 | 0.00 | *TAXABLE |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 629.20 | 629.20 | 58.51 | 0.00 | 570.69 |
| YTD | 3,676.20 | 3,676.20 | 430.75 | 0.00 | 3,245.45 |

| CLIENT WORKSITE ADRESSES | | | |
|---|---|---|---|
| Client Name | Address | City | Phone |

| SICK LEAVE BALANCE | | | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|---|
| Plan | Accrued | Taken | Available | Balance | Last Updt | | | |
| | | | | | | | Account Type | Account Number | Deposit Amount |
| | | | | | | Advice #000000005460178 | Checking | 2044787531 | $570.69 |
| | | | | | | TOTAL: | | | $570.69 |

MESSAGE: